**Order entered August 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01642-CR
No. 05-12-01643-CR

**ELLIS EDWARD JAMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F12-16679-Y, F12-16678-Y**

## ORDER

The Court **REINSTATES** the appeals.

On July 8, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 31, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the July 8, 2013 order requiring findings.

We **GRANT** the July 31, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

In his brief, appellant raises issues related to the costs assessed against him. The records, however, do not contain cost bills or other documents with itemized lists of the costs assessed in

these cases.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of the costs assessed in these cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's records include documents explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     DAVID EVANS
JUSTICE